Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
Email: Larry@ZernerLaw.com

Attorney for Plaintiff Phoenix Entertainment
Partners, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX ENTERTAINMENT PARTERS, LLC, | Case No.: 8:17-cv-00052 |
| Plaintiff, | NOTICE OF INTERESTED PARTIES |
| vs. | |
| LOCAL MOTION OC, LLC, a California Limited Liability Company; and DOES 1-10, Inclusive | |
| Defendants | |

The undersigned, counsel of record for Plaintiff Phoenix Entertainment

Partners, LLC certifies that the following listed people or entities have a direct,

pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.  Phoenix Entertainment Partners, LLC

2.  Sound Choice Entertainment, LLC

3.  Local Motion OC, LLC


DATED: January 10, 2017                    LAW OFFICES OF LARRY ZERNER


                                    By: Larry Zerner_____
                                         Larry Zerner
                                         Attorney for Plaintiff
                                         Phoenix Entertainment Partners, LLC

Notice of Interested Parties